# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT L. HINES, III, <br>     Plaintiff, | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 19-CV-3139 |
| TAMMY FERGUSON, *et al.*, <br>     Defendants. | : <br> : |

**FILED**

SEP 27 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 26th day of September, 2019, upon consideration of Plaintiff Robert L. Hines III's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with the exception of Hines's claims related to his mail, which will be severed from this case in accordance with paragraph two (2) of this Order.

2. The Clerk of Court is **DIRECTED** to open a new civil action using a copy of this Order and a copy of the Amended Complaint filed in this action naming Robert L. Hines, III as the Plaintiff and naming the following Defendants: (1) Tammy Ferguson; (2) Mandy Sipple; (3) John Wetzel; and (4) Smart Communications. To the extent Hines seeks to proceed on claims related to his mail, he must do so in the new civil action rather than in this case.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Petrese B. Tucker*

**PETRESE B. TUCKER, J.**